David R. Medlin     (SBN 77417)
G. Bradley Hargrave (SBN 173911)
Joshua A. Rosenthal (SBN 190284)
MEDLIN & HARGRAVE
A Professional Corporation
One Kaiser Plaza, Suite 1305
Oakland, CA 94612
Telephone:   (510) 832-2900
Facsimile:   (510) 832-2945
jrosenthal@mhlawcorp.com

Attorneys for Defendant All California Mortgage, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Faiyaz H. Saba,<br><br>    Plaintiff,<br>vs.<br><br>MITCHEL H. CAPLAN, an individual, ALL CALIFORNIA MORTGAGE, a California Corporation, E*TRADE WHOLESALE LENDING CORPORATION, a California Corporation,<br>    Defendants.<br>_____/ | Case No.: C 10-02113 JCS<br><br>**STIPULATION FOR FILING RESPONSIVE PLEADING TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant All California Mortgage, Inc. be granted an extension to file a responsive pleading to the Complaint filed by plaintiffs on May 18, 2010. A responsive pleading is now timely filed by June 25, 2010.

**SO STIPULATED**


Dated: June 7, 2010                                MEDLIN & HARGRAVE, P.C.


                                                   /s/
                                                   _____
                                                   Joshua A. Rosenthal, Attorneys for Defendants All
                                                   California Mortgage, Inc.

1

STIPULATION FOR FILING RESPONSIVE PLEADING TO COMPLAINT C 10-02113 JCS
M:\All California Mortgage, Inc 507-0910-01\Saba v. Caplan, et al\pleadings\stipforpleading.wpd

| | | |
|---|---|---|
| 1 | Dated: June 7, 2010 | LAW OFFICE OF JESSICA RAUFF |

                                                   /s/
                               Jessica Rauff, Attorney for Plaintiff

Dated: June 8, 2010

**IT IS SO ORDERED**
Judge Joseph C. Spero
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

---

STIPULATION FOR FILING RESPONSIVE PLEADING TO COMPLAINT C 10-02113 JCS
M:\All California Mortgage, Inc 507-0910-01\Saba v. Caplan, et al\pleadings\stipforpleading.wpd